**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTIAGO MEDRANO JIMENEZ,<br>Petitioner,<br>vs.<br>CYNTHIA ARMANT, et al.<br>Respondents. | CASE NO. 5:26-cv-3026-SK<br>**JUDGMENT** |

Pursuant to this Court's Order Granting Petition**, IT IS ADJUDGED** that the Petition is granted and Petitioner **Santiago Medrano Jimenez** (**A# 221-462-284**) is to be released from custody immediately under appropriate conditions of supervision.

The Clerk of Court is instructed to close this case.

DATED: July 13, 2026

STEVE KIM
United States Magistrate Judge